**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| *EX REL.* **HOLLY A. ROCKEY**, as ) | |
| Relator Under the False Claims Act, ) | |
| ) | |
| Relator/Plaintiff, ) | |
| ) | |
| v.                                     ) | Case No.  11 C 7258 |
| ) | |
| **EAR INSTITUTE OF CHICAGO, LLC**; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**<u>MEMORANDUM ORDER</u>**

On April 16, 2013, in consequence of the United States having declined to intervene in this False Claims Act action, the Executive Committee of this District Court caused the case to be reassigned by lot to this Court's calendar. This Court has promptly reviewed the case docket and found that the court file includes (1) the now unsealed Complaint that had been filed by relator Holly Rockey ("Rockey") (Dkt. No. 1 dated October 13, 2011) and (2) a group of "restricted" documents (Dkt. Nos. 6 through 10, dating back to December 2011 and December 2012).

To enable this Court to proceed with the case, Rockey's counsel are ordered to deliver to this Court's chambers, on or before April 26, 2013, paper copies of (1) the Complaint and its attachments listed in the docket entry and (2) all of the restricted documents referred to above

(see LR 5.2(f)). This Court will then enter an appropriate order or orders establishing the procedures for going forward.

Milton I. Shadur
Senior United States District Judge

Date: April 19, 2013