UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Holly A Rockey

                         Plaintiff,

v.                                                     Case No.: 1:11−cv−07258
                                                          Honorable Gary Feinerman

Chicago Otology Group, LLC, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 20, 2015:

      MINUTE entry before the Honorable Gary Feinerman: For the reasons set forth in the Memorandum Opinion and Order to issue shortly, Defendant One Billing Department's motion to dismiss [103] is granted, and Ear Institute Defendants' motion to dismiss [105] is granted in part and denied in part. The claims against Defendant Our Billing Department d/b/a Trellis Health Billing are dismissed with prejudice. The Clerk is directed to terminate Our Billing Department as a party defendant. Counts 1−4 against Ear Institute Defendants as they pertain to the NPI claims are dismissed with prejudice; Counts 1−4 against Ear Institute Defendants otherwise survive, as do Counts 5 and 6. Ear Institute Defendants shall answer the surviving portions of the second amended complaint by 4/10/2015; given how the second amended complaint is constructed, it may be that Ear Institute Defendants have to answer all or nearly all of the complaint even though certain portions of certain claims have been dismissed. The discovery stays [83][90][108] are lifted as to the surviving claims against Ear Institute Defendants. The 3/23/2015 status hearing [134] is stricken and re−set for 4/8/2015 at 9:30 a.m. By 4/2/2015, Plaintiff and Ear Institute Defendants shall file a joint status report setting forth either a jointly proposed discovery and dispositive motion schedule or competing proposals.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.